Sealed

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY AM D.C.
JUL 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO. 24-CV-81082-DIMITROULEAS**

**UNITED STATES OF AMERICA, *ex rel.***
**TAXPAYERS AGAINST FRAUD, LLC,**

**Plaintiff- Relator,**

**v.**

**SENIOR HEALTH SOUTH-EX, LLC, INSTITUTE FOR SENIOR LIVING OF FLORIDA, INC., THE NORTHEAST HEALTH GROUP, INC., THE REHABILITATION GROUP OF PA, INC., SILVER LAKE CENTER, INC. and SENIOR HEALTH TNF, LLC,**

**Defendants.**

**FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 (b)(2)**

## RESPONSE TO ORDER TO SHOW CAUSE

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Response to this Court's Sealed Order to Show Cause of July 7, 2026, directing the United States to state "why this case should not be unsealed and the Relator proceed forward with the litigation of this action…"

At the outset, the United States respectfully submits that it was unable to find evidence that either the undersigned Assistant United States Attorney or either of the two paralegals with whom the undersigned work received this Court's Order of May 21, 2026. *See* Attachment A (listing all Orders from this Court in the undersigned AUSA's inbox and on USAMailSearch with no mention of any Order from May 2026). That said, Defendants are aware of this investigation, and the continued sealing of this matter is not necessary to preserve the integrity of the United States' investigation.

The United States, however, is in settlement discussions with the Defendants, and if a settlement is reached, the United States will be able to determine whether to intervene for settlement purposes. For these reasons, the United States respectfully requests that this Court stay the matter for four months to permit the parties to finalize settlement discussions and for the undersigned Assistant United States Attorney to obtain settlement authority.

Dated: July 10, 2026

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: ______________________________

**H. RON DAVIDSON**
Assistant U.S. Attorney
Court ID A5501144
Email: H.Ron.Davidson@usdoj.gov
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9405

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10, 2026, I filed the foregoing sealed document with the Clerk of the Court and a copy was served upon Counsel for Relator.

______________________________
H. RON DAVIDSON
Assistant United States Attorney

# ATTACHMENT A




