UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-81082-DIMITROULEAS

UNITED STATES OF AMERICA, *ex rel.*
TAXPAYERS AGAINST FRAUD, LLC,

      Plaintiff/Relator,

 v.

SENIOR HEALTH SOUTH-EX, LLC,
INSTITUTE FOR SENIOR LIVING OF
FLORIDA, INC., THE NORTHEAST HEALTH GROUP,
INC., THE REHABILITATION GROUP
OF PA, INC., SILVER LAKE CENTER, INC. and
SENIOR HEALTH TNF, LLC,

      Defendants.

FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO 31
U.S.C. § 3730 (b)(2)

## ORDER UNSEALING CASE; EXTENDING DEADLINE FOR UNITED STATES TO DETERMINE WHETHER TO INTERVENE

THIS CAUSE came before the United States' Response to Order to Show Cause, filed July 10, 2026. *See* [DE 35]. The Court has carefully considered the Response and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.    The Clerk is directed to **UNSEAL** all previously sealed docket entries in this case;

2.    The deadline for the United States to notify the Court of its decision of whether to intervene in this action is hereby extended until **November 10, 2026.**

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this

13th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record