**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-CV-81082-DIMITROULEAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* TAXPAYERS AGAINST FRAUD, LLC,**<br><br>**Plaintiff/Relator,**<br><br>**v.**<br><br>**SENIOR HEALTH SOUTH-EX, LLC, INSTITUTE FOR SENIOR LIVING OF FLORIDA, INC., THE NORTHEAST HEALTH GROUP, INC., THE REHABILITATION GROUP OF PA, INC., SILVER LAKE CENTER, INC. and SENIOR HEALTH TNF, LLC,**<br><br>**Defendants.** | **FILED *EX PARTE* AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730 (b)(2)** |

**UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO INTERVENE AGAINST CERTAIN DEFENDANTS FOR PURPOSES OF SETTLEMENT AND ELECTION NOT TO INTERVENE AS TO OTHER DEFENDANTS**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this action for settlement purposes against Defendants Senior Health South-Ex, LLC, and Senior Health TNF, LLF and its election not to intervene as to the remaining defendants.

The parties are negotiating a Settlement Agreement which will provide that, upon payment of the Settlement Amount and the Fees Agreement, the Parties shall promptly sign and file a Joint Stipulation of Dismissal of the Civil Action pursuant to Rule 41(a)(l).

**Dated: November 10, 2026**

**Respectfully submitted,**

**YARA LORENZO KLUKAS**
**ACTINGUNITED STATES ATTORNEY**

***H. Ron Davidson***________________
**H. RON DAVIDSON**
Assistant United States Attorney
Court ID A5501144
Email: H.Ron.Davidson@usdoj.gov
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9405

**Counsel for United States of America**